AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** ||| 
|---|---|---|
| Case No:<br>4157940-PMN | Date and Time Warrant Executed:<br>09/23/24 @ 1:54 pm | Copy of Warrant and Inventory Left With:<br>USPS |
| Inventory made in the presence of:<br>TFO P. Kelly |||
| Inventory of the property taken and name of any person(s) seized:<br><br>Parcel and the contents were seized - the parcel contained the following:<br><br>-Approximately 1,476.7 grams of Tobacco Cigarettes<br>-Approximately 209.7 grams of Sidenafil Tablets |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/23/2024

*C. P. Hemmeler*
*Executing officer's signature*

C. P. Hemmeler TFO USPIS
*Printed name and title*